CAUSE NO. 73810

THE STATE OF TEXAS            149th District Court

vs                              of

JOSHUA EUGENE PLASTER     Brazoria County, Texas

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
6/17/2015 3:11:20 PM
CHRISTOPHER A. PRINE
Clerk

## NOTICE OF ASSIGNMENT ON APPEAL

ON THE 17th day of June, 2015, the defendant in the above styled and numbered cause excepted to the order of the Court in said cause and gave Notice of Appeal to the Court of Appeals, Fourteenth Judicial District.

Date of Judgment or Other Order Appealed From: 5/20/15

Date of Sentencing: 5/20/15

Name of Trial Court Judge:    Terri Holder

Name of Court Reporter:      Robin Rios

Name and Address of Defense Attorney on Appeal:
                          Keith G. Allen, (Appointed)
                          2360 CR 94, Suite 106
                          Pearland, Texas 77584

Name and Address of Attorney for the State on Appeal:
                          Jeri Yenne, District Attorney
                          Brazoria County Courthouse
                          111 East Locust, Suite 408-A
                          Angleton, TX 77515

Defendant Incarcerated?      Yes

Motion for New Trial Filed? 6/17/15

Appeal Bond: No     Date N/A

Offense and Punishment: Aggravated Robbery; Fifteen (15) years - TDCJ-ID

                          RHONDA BARCHAK, District Clerk

                          By /S/ Kathleen McDougald, Deputy

Appeal Notice of Assignment

12410

## NO. 73810

| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| vs. | § | 149th JUDICIAL DISTRICT |
| | § | |
| JOSHUA EUGENE PLASTER | § | BRAZORIA COUNTY, TEXAS |

### NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes Joshua Eugene Plaster, Defendant in the above styled and numbered cause, and gives this written notice of appeal to the Court of Appeals of the State of Texas from the judgment of conviction and sentence herein rendered against Joshua Eugene Plaster.

Respectfully submitted,

Law Offices of Keith G. Allen, PLLC
2360 CR 94, Suite 106
Pearland, TX 77584
Tel: (832) 230-0075
Fax: (832) 413-5896

By:_____
Keith G. Allen
State Bar No. 01043550
Keith@KGAllenLaw.com
Attorney for Joshua Eugene Plaster

### CERTIFICATE OF SERVICE

This is to certify that on _____6/17/15_____, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Brazoria County, Texas, by hand delivery.

_____
Keith G. Allen

**NO. 73810**

| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| vs. | § | 149th JUDICIAL DISTRICT |
| | § | |
| JOSHUA EUGENE PLASTER | § | BRAZORIA COUNTY, TEXAS |

## MOTION FOR NEW TRIAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, Joshua Eugene Plaster, the Defendant in the above styled and numbered cause, and files this Motion for New Trial pursuant to Rule 21 of the Texas Rules of Appellate Procedure, and in support thereof would show this court the following:

1.    The Defendant was sentenced on May 20, 2015. This Motion, filed within the thirty-day timetable, is therefore timely. A hearing must be commenced before the 75th day after the sentence, which is August 3, 2015, or this motion is overruled by operation of law.

2.    The verdict in this cause is contrary to the law and the evidence. See Tex. R. App. P. 21.3.

3.    For the foregoing reasons, and for such other reasons that may arise on the hearing of this Motion, Defendant requests a new trial.

**WHEREFORE, PREMISES CONSIDERED,** Defendant prays that the Court set aside the judgment of conviction entered in this cause and order a new trial on the merits.

Respectfully submitted,

Law Offices of Keith G. Allen, PLLC
2360 CR 94, Suite 106
Pearland, TX 77584
Tel: (832) 230-0075
Fax: (832) 413-5896

By: _____
       Keith G. Allen
       State Bar No. 01043550
       Keith@KGAllenLaw.com
       Attorney for Joshua Eugene Plaster

## CERTIFICATE OF PRESENTMENT

By signature above, I hereby certify that a true and correct copy of the above and foregoing has been hand-delivered to the Office for the 149th Judicial District Court of Brazoria County, on this day, _____6/17/15_____ .

## CERTIFICATE OF SERVICE

This is to certify that on _____6/17/15_____, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Brazoria County, Texas, by hand delivery.

_____
Keith G. Allen